# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC-21 | E 1966209 | Kitchens J | S3A |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/10/2024 1831 | Title 18 USC 13 |

Place of Offense: Point Sal road/Taft road VSFB

Offense Description: Factual Basis for Charge — HAZMAT ☐
CVC 21461(a)
Traffic Sign or Signal; Fail to obey

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| COOK | Timothy | M |

Street Address
[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 06890R3 | CA | 23 | Ford/F150 | | Blue |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 35 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 65 Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. COURT 1415 STATE ST. SANTA BARBARA, CA, 93101 | Date: TBD<br>Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1966209*

CVB SCAN 07/22/2024 16:30

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 10, 2024 while exercising my duties as a law enforcement officer in the Central District of California

Citation number E1966209/Cook, Timothy M.

On July 10th, 2024 I SrA Kitchens, Joel T. and SrA Gregory, Dusty W. posted as Titan 3/3a were performing our law enforcement duty on Vandenberg SFB while in full duty uniform, in my fully marked patrol vehicle. At approximately 1831 hrs I observed a blue Ford F150 (CA REG 06890R3) roll thru a stop sign at approximately 7mph and did not come to a complete stop at a clearly marked stop sign. Upon contact with the driver he identified himself as Cook, Timothy M. via his New Mexico driver's license number 518828461. Cook was then cited via CVB 1805 for CVC 21461(a) Traffic Sign or Signal; Fail to obey.

CVB SCAN 07/22/2024 16:30

The foregoing statement is based upon:
✓ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident